463 A.2d 28

Melzer, Appellant v. Witsberger.

Petition for Allowance of Appeal Granted Oct. 18, 1983.

Argued February 24, 1983. Harry J. Cancelmi, Jr., for appellant; James H. McCune, for appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

The order of the lower court is affirmed.